1  MICHAEL C. ORMSBY
2  United States Attorney
   Eastern District of Washington
3  JAMES A. GOEKE
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 20 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

7           UNITED STATES DISTRICT COURT
8           EASTERN DISTRICT OF WASHINGTON

9  UNITED STATES OF AMERICA,
10                Plaintiff,         Case No.: **2:14-CR-28-JLQ**
11
12         vs.                        INDICTMENT
13  SEAN LEVON WATSON,               Ct 1: 18 U.S.C. § 922(g)(1) –
14                Defendant.          Felon in Possession of a Firearm
                                      and Ammunition
15
16                                    Notice of Criminal Forfeiture
                                      Allegations
17
18
19      The Grand Jury charges:

20                      **COUNT 1**
21      That on or about November 7, 2013, in the Eastern District of Washington,
22  SEAN LEVON WATSON, having been convicted of a crime punishable by
23  imprisonment for a term exceeding one year, did knowingly possess in and affecting
24  interstate and foreign commerce, a firearm and ammunition, to wit: a Smith &
25  Wesson, model 459, 9mm pistol bearing an obliterated serial number and 14 rounds of
26  9mm ammunition; which firearm and 14 rounds of ammunition had theretofore been
27
28  INDICTMENT - 1
    02-19-14 Watson Indictment

transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924 and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1), set forth in this Indictment, the Defendant, SEAN LEVON WATSON, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

1) a Smith & Wesson, model 459, 9mm pistol with an obliterated serial number; and,

2) 14 rounds of 9mm ammunition.

DATED: February 20, 2014

A TRUE BILL

*[signature]*
MICHAEL C. ORMSBY
United States Attorney

*[signature]*
JAMES A. GOEKE
Assistant United States Attorney

INDICTMENT - 2
02-19-14 Watson Indictment