MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
James A. Goeke
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14-CR-00028-JLQ |
| Plaintiff, | |
| vs. | United States' Notice of Compliance with the Court's Discovery Order |
| SEAN LEVON WATSON, | |
| Defendant. | |

Plaintiff, United States of America, by and through MICHAEL C. ORMSBY, United States Attorney for the Eastern District of Washington, and James A. Goeke, Assistant United States Attorney for the Eastern District of Washington, hereby submits the Following Notice of Compliance with the Court's Discovery Order (ECF No. 20).

The United States has reviewed the Court's Discovery Order of March 10, 2014, and wishes to apprise the Court of the status of discovery ahead of the Pretrial Conference set for April 1, 2014, in this matter. The United States

United States' Notice of Compliance with the Court's Discovery Order – 1

apologizes to the Court and counsel for any questions generated by the United States' previously filed Notice of Intent to Comply with Criminal Discovery Obligations and Reciprocal Request for Disclosure of Evidence by Defendant (ECF No. 18). The undersigned has discussed the Court's Order with other members of the United States Attorney's Office and believes that going forward, the United States has taken steps to avoid the questions generated by the United States' previously filed pleading in this case.

As for the status of discovery in this case, the United States hereby advises the Court of the following in anticipation of the parties' next Pretrial Conference:

The United States has provided the Defendant with the following items in the possession of the United States Attorney's Office:

- All investigative reports related to the events charged in the Indictment;

- All photographs, video recordings, and audio recordings related to the events charged in the Indictment (the United States notes that all photographs, video recordings, and audio recordings have been available for inspection since shortly after the Defendant was arraigned on the Indictment and prior to production of the copies of the same);

United States' Notice of Compliance with the Court's Discovery Order – 2

- A description of the benefits provided to the CS in this case; and,

- A description of the CS' criminal history.

The parties have further agreed to the following:

- Formal disclosure of the CS' identity two weeks prior to trial (April 1, 2014 if the trial in this matter is not continued).

The United States has made available for inspection the following:

- All physical evidence in the possession of the United States concerning this case (principally the firearm and related ammunition at issue).

In addition to the noted discovery and agreements, the United States has also advised the Defendant of the following:

- A tentative witness list for trial consisting of three law enforcement officers and the CS; and,

- A notification of expert testimony expected by the case agent (ATF Special Agent Michael Northcutt) in this matter. This includes identification of the expert witness' statement of qualifications conclusions in the provided discovery.

The United States also advises the Court that the relevant grand jury transcripts have been ordered and that all requests under United States v. Henthorn,

931 F.2d 29 (9th Cir. 1991) have been made.  To date, the United States has not received any information responsive to its Henthorn requests.

In addition to the discovery pertaining to the instant case, the United States has provided the Defendant with the following additional materials:

- Investigative reports, photographs, and search warrant materials concerning a quantity of suspected methamphetamine found on the Defendant's person at the time of his arrest and an additional firearm discovered in the Defendant's vehicle.  The United States does not intend to seek admission of any facts concerning the suspected methamphetamine or additional firearm in the pending matter, but believes early disclosure of this material may assist the Defendant in considering a resolution of the pending matter.[1]

---

[1] The United States has advised the Defendant that it is awaiting DEA laboratory reports concerning the suspected methamphetamine and that additional charges in a separate charging instrument may follow depending upon the results of the analysis of the suspected methamphetamine, regardless of the outcome of the instant case.

United States' Notice of Compliance with the Court's Discovery Order – 4

1  Lastly, the United States will file a separate response to the Defendant's
2  First Motion to Continue (ECF No. 21).  As the Court will note in the United
3
4  States' response, the United States does not oppose the Defendant's Motion to
5  Continue and believes the Motion is filed in good faith and not for the purpose of
6
7  delay.
8  Respectfully submitted, March 27, 2014.

MICHAEL C. ORMSBY
United States Attorney

*s/ James A. Goeke*
James A. Goeke
Assistant United States Attorney

United States' Notice of Compliance with the Court's Discovery Order – 5

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jaime Hawk
    Federal Defenders
    10 North Post Street, Suite 700
    Spokane, WA  99201

    *s/ James A. Goeke*
    James A. Goeke
    Assistant United States Attorney

United States' Notice of Compliance with the Court's Discovery Order – 6